**Order entered November 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00789-CV

### DORIS A. HOUSTON, Appellant

### V.

### CITY OF DALLAS, SELF INSURED, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05515-2017**

## ORDER

Before the Court is appellant's motion to extend time to file brief. We **GRANT** the motion and **ORDER** the brief received by the Clerk of the Court November 20, 2018 filed as of the date of this order.

/s/    DAVID EVANS
       JUSTICE